UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CHERIE COX,<br><br>  Plaintiff,<br><br>  v.<br><br>TOWN OF MUNSTER, et al.,<br><br>  Defendants. | Case No. 2:25-CV-492-GSL-AZ |

## ORDER

This matter is before the Court on Magistrate Judge Abizer Zanzi's Report and Recommendation entered on November 14, 2025. [DE 5]. For the reasons fully explained in the report, Judge Zanzi recommends that the District Court Judge GRANT Defendants' Motion to Remand to State Court [DE 4]. Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed Judge Zanzi's Report and Recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Zanzi's Report and Recommendation in full, **GRANTS** Defendants' Motion to Remand to State Court [DE 4] and **REMANDS** this matter to state court.

SO ORDERED.

ENTERED: December 1, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court

2